Decided July 3, 1997

STATEWIDE PARKING SERVICES, INC. *v.* CITY OF HARTFORD ET AL.

The petition by the defendant city of Hartford for certification for appeal from the Appellate Court, 45 Conn. App. 909 (AC 15749), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court (1) denying the defendant's motion to dismiss, (2) issuing an injunction against the defendant, and (3) ordering restitution to the plaintiff?"

The Supreme Court docket number is SC 15721.

*Delroy Alexander Shirley*, senior assistant corporation counsel, in support of the petition.

Decided July 3, 1997